## FIRST DISTRICT.

**B. S. Pearsall Butter Company, appellant, v. Theodore Renz & Sons Company, appellee. Gen. No. 30,158.**
Action to recover value of property retained by defendant. Judgment for defendant on plea of set-off and plaintiff appeals. Appeal from the Municipal Court of Chicago; the Hon. H. L. Chapman, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Reversed and rendered for plaintiff. Opinion filed March 2, 1926.
Castle, Williams, Long & Castle, for appellant. No appearance for appellee.
Mr. Justice Johnston delivered the opinion of the court.

**Albert A. Schwartz, appellee, v. Reltig Building Corporation, appellant. Gen. No. 30,170.**
Action to recover payment of rent made under protest. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. H. L. Chapman, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926.
Kaplan & Kaplan, for appellant; Maurice J. Ginsberg, of counsel. Krauss, Goldman & Allshouse, for appellee.
Mr. Justice Johnston delivered the opinion of the court.

**Harry F. Harvey, appellee, v. M. C. Taradash, appellant. Gen. No. 30,219.**
Action for rent. Judgment by confession for plaintiff. Appeal by defendant from order denying motion to vacate judgment. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.
Levinson, Hoffman & Rein, for appellant; Leo W. Hoffman and Calmon R. Golder, of counsel. William R. T. Ewen, for appellee.
Mr. Justice Johnston delivered the opinion of the court.